UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ULUGBEK KODIROV | ) |

<u>INFORMATION</u>

<u>COUNT ONE</u>:  [18 U.S.C. § 2339(A)(a)]

The United States Attorney charges that:

On or about the 9th day of July, 2011, in Jefferson County, within the Northern District of Alabama and elsewhere, the defendant,

**ULUGBEK KODIROV,**

did knowingly and willfully provide material support, that is the acquiring of persons, weapons and explosives, knowing or intending that they were to be used in preparation for, or in carrying out, a violation of section 1751, that is the killing

1

or attempt to killing the President of the United States, Barack H. Obama, in violation of Title 18, United States Code, Section 2339(A)(a).

JOYCE WHITE VANCE
United States Attorney

MICHAEL W. WHISONANT
Assistant United States Attorney

RYAN K. BUCHANAN
Assistant United States Attorney