# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| ULUGBEK KODIROV ) | |

## WAIVER OF INDICTMENT

ULUGBEK KODIROV, the above-named defendant, who is accused of violation of 18 U.S.C. § 2339A(a) being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DEFENDANT

_____ (ASHFAQ TAUFIQUE)
WITNESS

1/10/12
DATE

_____
COUNSEL FOR DEFENDANT